# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4143

_____

United States of America,    *
            *
     Appellee,   *
            *
   v.       * Appeal from the United States
            * District Court for the
Nathan J. Jarvis,     * District of Nebraska.
            *  [UNPUBLISHED]
    Appellant.   *

_____

Submitted: September 7, 2001
Filed: September 17, 2001

_____

Before MURPHY, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

Nathan J. Jarvis pleaded guilty to distributing methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and the district court[1] sentenced him to 108 months imprisonment and 5 years supervised release. On appeal, Jarvis's counsel has filed a brief--arguing that the court should have granted Jarvis a downward departure--and has moved to withdraw under Anders v. California, 386 U.S. 738 (1967). Jarvis has not filed a pro se supplemental brief.

_____

[1]The Honorable William G. Cambridge, United States District Judge for the District of Nebraska, now retired.

As counsel acknowledges, because the district court was aware of its authority to grant a downward departure, its discretionary decision not to depart is unreviewable. See United States v. Lim, 235 F.3d 382, 385 (8th Cir. 2000). After reviewing the record independently pursuant to Penson v. Ohio, 488 U.S. 75 (1988), we have found no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.